JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HANEY,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>HUNT & HENRIQUES, Attorneys at Law and CITIBANK (SOUTH DAKOTA), N.A.,<br><br>　　　　　Defendants. | CASE NO.: SACV 10-659 AG (ANx)<br><br>**ORDER GRANTING STIPULATION AND JOINT REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

　　Pursuant to the stipulation and joint request of plaintiff Sharon Haney and defendant Hunt & Henriques, IT IS HEREBY ORDERED that the action be dismissed with prejudice as to Hunt & Henriques pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: August 27, 2010　　　　　By: _____
　　　　　　　　　　　　　　　　　　Honorable Andrew J. Guilford
　　　　　　　　　　　　　　　　　　United States District Judge