UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-659 AG (ANx)** | Date | October 1, 2010 |
|---|---|---|---|
| Title | SHARON HANEY v. HUNT & HENRIQUES, AND CITIBANK (SOUTH DAKOTA) | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   [IN CHAMBERS] ORDER GRANTING MOTION TO DISMISS

Plaintiff Sharon Haney filed a mortgage-related complaint against Hunt & Henriques and Citibank (South Dakota) ("Defendants"). Hunt & Henriques filed an answer but the parties later stipulated to their dismissal. Citibank filed an answer and a counterclaim.

Plaintiff now moves to dismiss the action without prejudice. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss without a court order before the defendant files an answer or a motion for summary judgment, or if all parties stipulate to the dismissal. Here, remaining Defendant Citibank has already filed an answer, so Plaintiff cannot voluntarily dismiss without a court order.

Rule 41(a)(2) provides that an action can be dismissed by court order at the plaintiff's request after a responsive pleading has been filed. But if the defendant has filed a counterclaim, "the action may be dismissed *over defendant's objection* only if the counterclaim can remain pending for independent adjudication." *Id.* (emphasis added.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-659 AG (ANx)** | Date | October 1, 2010 |
|---|---|---|---|
| Title | SHARON HANEY v. HUNT & HENRIQUES, AND CITIBANK (SOUTH DAKOTA) | | |

Defendant Citibank has not filed an objection to Plaintiff's Motion to Dismiss. Defendant has been afforded sufficient time to object. Therefore, the Court GRANTS Plaintiff's Motion to Dismiss without prejudice.

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | lmb | |